United States District Court
Middle District of Florida
Jacksonville Division

**Connor,** *et al.,*

    **Plaintiffs,**

v.                                        No. 3:25-cv-945-WWB-LLL

**CPAP Medical Supplies and Services Inc.,**

    **Defendant.**

---

### Unopposed Motion for Special Admission

Courtney Ross Brown, Esquire, moves for special admission to represent plaintiff Tyrone Gibbs in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the Eastern District of Arkansas.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in

1

any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: October 24, 2025				Respectfully submitted,

						*/s/ Courtney Ross Brown*
						Courtney Ross Brown (*pro hac vice* pending)
						**CARNEY BATES & PULLIAM, PLLC**
						One Allied Drive, Suite 1400
						Little Rock, AR 72202
						Telephone: (501) 312-8500
						Facsimile: (501) 312-8505
						Email: cbrown@cbplaw.com

						*Counsel for Plaintiff Tyrone Gibbs*
						*and the Proposed Class*


**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party is unopposed to my special admission.

						*/s/ Courtney Ross Brown*
						Courtney Ross Brown