United States District Court
Middle District of Florida
Jacksonville Division

**Conner,** *et al.,*

    *Plaintiff,*

v.                                No. 3:25-cv-00945-WWB-LLL

**CPAP Medical Supplies
and Services Inc.,**

    *Defendant.*

---

## Unopposed Motion for Special Admission

Amber L. Schubert, Esquire, moves for special admission to represent plaintiff John Crist in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court, Central District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

| Court | Case Name | Case Number | Date Filed |
|---|---|---|---|
| U.S. District Court Southern District of | Skurauskis et al v. NationsBenefits Holdings, LLC, et al. | 0:23-cv-60830-RAR | 05/04/2023 |

1

| | | | |
|---|---|---|---|
| Florida (Ft Lauderdale) | | | |
| U.S. District Court Southern District of Florida (Ft Lauderdale) | Crowe v. Managed Care of North America, Inc. | 0:23-cv-61065-AHS | 06/05/2023 |
| U.S. District Court Southern District of Florida (Ft Lauderdale) | Conley et al v. Managed Care of North America, Inc. | 0:23-cv-61298-RS | 07/07/2023 |
| U.S. District Court Southern District of Florida (Ft Lauderdale) | King v. NationsBenefits LLC et al | 0:23-cv-61373-RAR | 07/18/2023 |
| U.S. District Court Southern District of Florida (Miami) | Johnson et al v. Wanabana LLC et al | 1:24-cv-20165-FAM | 01/12/2024 |
| U.S. District Court Southern District of Florida (Miami) | IN RE: FORTRA FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION | 1:24-md-03090-RAR | 02/05/2024 |
| U.S. District Court Southern District of Florida (Miami) | Rougeau v. Aetna Inc. | 1:24-cv-20676-RAR | 02/21/2024 |
| U.S. District Court Southern District of Florida (Ft Lauderdale) | Duncan et al v. Jerico Pictures, Inc. | 0:24-cv-61609-DSL | 08/29/2024 |
| U.S. District Court Middle District of Florida (Tampa) | Monsoor et al., v. Ocuco, Inc. | 8:25-cv-01938-MSS-SPF | 07/23/2025 |

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ *Amber L. Schubert*
Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St, Ste 200
San Francisco, CA 94123
Telephone: 415-788-4220
Facsimile: 415-788-0161
aschubert@sjk.law

*Counsel for Plaintiff John Crist and the Proposed Class*

3

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

/s/ *Amber L. Schubert*
Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St, Ste 200
San Francisco, CA 94123
Telephone: 415-788-4220
Facsimile: 415-788-0161
aschubert@sjk.law

*Counsel for Plaintiff John Crist and the Proposed Class*