UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **BRETT CONNOR et al., individually and on behalf of all others similarly situated,** | No. 3:25-cv-00945 |
| **Plaintiffs,** | CIVIL ACTION |
| v. | CLASS ACTION COMPLAINT |
| **CPAP MEDICAL SUPPLIES AND SERVICES, INC.,** | JURY TRIAL DEMANDED |
| **Defendant.** | |

## MOTION FOR SPECIAL ADMISSION

Marc H. Edelson, Esquire, moves for special admission to represent Juwan Overshown, Plaintiff in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically,

New York Eastern District Court
New York Western District Court
New York Southern District Court
New York Northern District Court
Colorado District Court
Eastern District Michigan District Court
Pennsylvania Eastern District Court
Pennsylvania Middle District Court

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last thirty-six months I appeared in *Berg v. Datamaxx Applied Technologies, Inc.*, 4:24-cv-00490 in the Northern District of Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: November 10, 2025                    Respectfully submitted,

*/s/: Marc H. Edelson*
Marc H. Edelson
EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com
*Attorneys for Plaintiffs and the Putative Class*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

Dated: November 10, 2025                    */s/: Marc H. Edelson*
                                            Marc H. Edelson