UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **BRETT CONNER, JUWAN OVERSHOWN, DIANE EDWARDS, STEPHEN FOLLETT, RODERIC WOODS, JOHN CRIST, CHRIS HARRIMAN,** and **TYRONE GIBBS,** individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**CPAP MEDICAL SUPPLIES AND SERVICES INC.**,<br><br>    Defendant. | Case No. 3:25-cv-945-WWB-LLL<br>(Lead Case)<br><br>CIVIL ACTION |

## CPAP MEDICAL SUPPLIES AND SERVICES INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT

Defendant CPAP Medical Supplies and Services, Inc. ("**CPAP**"), moves to extend the time within which to respond to the Consolidated Class Action Complaint (EFC 36) ("**Complaint**"). As extended, CPAP's response would be due not later than January 20, 2026. In support of this Motion, CPAP states:

### I.    PROCEDURAL BACKGROUND

The CCAC was served on November 10, 2025. Per this Court's Order dated September 26, 2025 (EFC 20), CPAP's current response deadline is December 26, 2025. CPAP seeks an extension until January 20, 2026. This extension is *unopposed* and no prior extensions have been sought with respect to this response deadline.

84710687;1

## II.    DISCUSSION

Before a deadline expires, the Court may, for good cause, extend the time to act. Fed. R. Civ. P. 6(b)(1)(A).  Good cause supports the requested extension.  The response deadline falls immediately after a federal holiday and during a period of holiday travel and reduced staffing for undersigned counsel, which materially affects counsel's ability to confer with the client and prepare a fulsome response.  The requested extension is modest, unopposed, will not prejudice the Plaintiffs, and will not impact any scheduled deadlines.  CPAP intends to use the additional time to finalize its response, thereby promoting an orderly and efficient presentation of the issues.

### Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), counsel for Defendant CPAP Medical Supplies and Services Inc. certifies that he contacted counsel for Plaintiff, Jeff Ostrow, Esq., who advised that Plaintiffs do not oppose this motion or the relief sought herein.

**WHEREFORE**, CPAP respectfully requests that the Court extend the deadline for it to respond to the CCAC through and including January 20, 2026, and grant such other and further relief as the Court may deem just and proper.

84710687;1

Dated: December 12, 2025       Respectfully submitted,

**AKERMAN LLP**

By:  */s/ Adam C. Remillard*

Christian P. George, Esq.
Florida Bar No. 41055
christian.george@akerman.com
Adam C. Remillard, Esq.
Florida Bar No. 1002568
adam.remillard@akerman.com
50 North Laura Street – Suite 3100
Jacksonville, FL  32202
Tel.: (904) 798-3700
Fax: (904) 798-3730

and

**AKERMAN LLP**

Christopher Carver, Esq.
Florida Bar No. 993580
christopher.carver@akerman.com
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL  33301
Tel.: (954) 463-2700
Fax: (954) 468-2454

*Counsel for CPAP Medical Supplies and Services Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2025, a true and correct copy of the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

 */s/ Adam C. Remillard*
 Adam C. Remillard

84710687;1