# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT CONNER, JUWAN OVERSHOWN, DIANE EDWARDS, STEPHEN FOLLETT, RODERIC WOODS, JOHN CRIST, CHRIS HARRIMA, and TYRONE GIBBS, *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CPAP MEDICAL SUPPLIES AND SERVICES INC.,<br><br>　　　　Defendant. | Case No. 3:25-cv-00945 |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS

Plaintiffs in the above-captioned action respectfully move for a brief, nine-day extension of time to file their response in opposition to Defendant's Motion to Dismiss Consolidated Class Action Complaint (Doc. No 41) ("Motion to Dismiss"). As extended, Plaintiffs' response to the Motion to Dismiss would be due not later than February 19, 2026. In support of this request, Plaintiffs state as follows.

1.   This putative class action arises from a data breach of Defendant's network systems and unauthorized disclosure of Plaintiffs' and over 90,000 putative Class Members' sensitive personally identifying information and protected health information.

1

2. On November 10, 2025, Plaintiffs filed the operative Consolidated Class Action Complaint against Defendant, alleging claims for negligence, breach of implied contract, and unjust enrichment. (Doc. No. 36).

3. Defendant filed its Motion to Dismiss on January 20, 2026. The Motion to Dismiss is 26 pages in length and seeks dismissal of all claims in this case under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), arguing all eight Plaintiffs lack of Article III standing and fail to state a claim on any cause of action alleged.

4. Plaintiffs' response to the Motion to Dismiss is presently due February 10, 2026. *See* L.R. 3.01(d). Plaintiffs request a brief, 9-day extension of that deadline such that their response will be due on or before February 19, 2026. This extension is **unopposed** and no prior extensions have been sought with respect to this response deadline.

5. Before a deadline expires, the Court may, for good cause, extend the time to act. Fed. R. Civ. P. 6(b)(1)(A). Good cause supports the requested extension here. Given the dispositive issues and extensive arguments raised in the Motion to Dismiss, the additional time is needed to thoroughly evaluate Defendant's positions and prepare a fulsome response. The requested extension is modest, unopposed, and will not prejudice Defendant or impact any scheduled deadlines. Plaintiffs intend to use the additional time to finalize its response, thereby promoting an orderly and efficient presentation of the issues in this putative class action.

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline for their response in opposition to the Motion to Dismiss by nine days, through and including **February 19, 2026**.

### Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), undersigned counsel for Plaintiffs confirms that she conferred with counsel for Defendant, who advised that Defendant does not oppose the relief sought herein.

Dated: January 22, 2026

*s/ Mariya Weekes*
Mariya Weekes

Respectfully submitted,

*s/ Mariya Weekes*
Mariya Weekes (FBN 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

Jeff Ostrow (FBN 121452)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: 954.332.4200
ostrow@kolawyers.com

Marc H. Edelson (*pro hac vice*)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com

*Interim Co-Lead Counsel*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: January 22, 2026          By: */s/ Mariya Weekes*
                                      Mariya Weekes (FBN 56299)