**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRETT CONNER, DIANE EDWARDS,
JUWAN OVERSHOWN, STEPHEN
FOLLETT, TYRONE GIBBS, CHRIS
HARRIMAN, RODERIC WOODS and
JOHN CRIST,

        Plaintiffs,

v.                                                                      Case No.: 3:25-cv-945-WWB-LLL

CPAP MEDICAL SUPPLIES AND
SERVICES INC.,

        Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review.  No case management report has been filed in this action or its consolidated member cases.  Therefore, the parties are directed to jointly file a case management report in accordance with Local Rule 3.02 **on or before April 15, 2026**.  Failure to timely comply with this Order may result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida on March 31, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record