**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| BRETT CONNER, JUWAN OVERSHOWN, DIANE EDWARDS, STEPHEN FOLLETT, RODERIC WOODS, JOHN CRIST, CHRIS HARRIMA, and TYRONE GIBBS, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>CPAP MEDICAL SUPPLIES AND SERVICES INC.,<br><br>    Defendant. | Case No. 3:25-cv-00945 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Brett Conner, Juwan Overshown, Diane Edwards, Stephen Follett, Roderic Woods, John Crist, Chris Harriman, and Tyrone Gibbs (collectively, "Plaintiffs"), hereby voluntarily dismiss their claims in the above-captioned action without prejudice. Plaintiffs' voluntary dismissal does not affect the claims of the putative class.

DATED:  June 9, 2026        Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow (FBN 121452)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

Tel: 954.332.4200
ostrow@kolawyers.com

Mariya Weekes (FBN 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

Marc H. Edelson (*pro hac vice* forthcoming)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  */s/ Jeff Ostrow*
        Jeff Ostrow