**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRETT CONNER, DIANE EDWARDS,
JUWAN OVERSHOWN, STEPHEN
FOLLETT, TYRONE GIBBS, CHRIS
HARRIMAN, RODERIC WOODS and
JOHN CRIST,

       Plaintiffs,

v.                                     Case No.: 3:25-cv-945-WWB-LLL

CPAP MEDICAL SUPPLIES AND
SERVICES INC.,

       Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 49). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case and all member cases.

**DONE AND ORDERED** in Jacksonville, Florida on June 10, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record